UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GREEN<br>a/k/a KEVIN BREWER<br>(CDCR # AC5033),<br><br>    Petitioner,<br><br>    v.<br><br>WILLIAM KNIPP, warden,<br><br>    Respondent.<br>_____/ | No. C 12-1689 SI (pr)<br><br>**ORDER EXTENDING DEADLINES** |

    Respondent has filed an *ex parte* request for an extension of time to respond to the petition for writ of habeas corpus. Having considered the request and the accompanying declaration of attorney Alisha M. Carlile, the court GRANTS respondent's request. (Docket # 11.) Respondent must file and serve his response to the petition no later than **June 14, 2013**. Petitioner must file and serve his traverse no later than **July 12, 2013.**

    IT IS SO ORDERED.

DATED: April 15, 2013

                                                            SUSAN ILLSTON<br>
                                              United States District Judge