UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GREEN<br>a/k/a KEVIN BREWER<br>(CDCR # AC5033),<br><br>    Petitioner,<br><br>    v.<br><br>WILLIAM KNIPP, warden,<br><br>    Respondent.<br>_____/ | No. C 12-1689 SI (pr)<br><br>**ORDER EXTENDING DEADLINES** |

Respondent has filed an *ex parte* request for a second extension of time to respond to the petition for writ of habeas corpus. Having considered the request and the accompanying declaration of attorney Alisha M. Carlile, the court GRANTS respondent's request. (Docket # 26.) Respondent must file and serve his response to the petition no later than **August 2, 2013**. Petitioner must file and serve his traverse no later than **August 30, 2013.**

IT IS SO ORDERED.

DATED: June 13, 2013

                                                        SUSAN ILLSTON<br>
                                     United States District Judge