UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 05 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MICHAEL GREEN, AKA Kevin D. Brewer,<br><br>    Petitioner - Appellant,<br><br> v.<br><br>WILLIAM KNIPP, Warden,<br><br>    Respondent - Appellee. | No. 14-15675<br><br>D.C. No. 3:12-cv-01689-WHO<br>U.S. District Court for Northern California, San Francisco<br><br>**MANDATE** |

The judgment of this Court, entered May 13, 2014, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

            FOR THE COURT:
            Molly C. Dwyer
            Clerk of Court

            Rebecca Lopez
            Deputy Clerk